Abe Fader, Appellant, v. Harry Pollack, Respondent.— Order of the County Court of Kings county setting aside verdict and granting a new trial

unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.